In the Matter of COUNTY OF ST. LAWRENCE, Respondent, v NIRAV R. SHAH, as Commissioner of Health, et al., Appellants. (And Two Other Related Proceedings.)

Submitted May 18, 2015; decided June 4, 2015

Motion for a stay denied as unnecessary. The automatic stay provisions of CPLR 5519 (a) (1) apply.

Judges STEIN and FAHEY taking no part.

CRP/EXTELL PARCEL I, L.P., Respondent, v ANDREW M. CUOMO et al., Respondents, and 3TO4, LLC, et al., Appellants.

Submitted May 18, 2015; decided June 4, 2015

Motion for a stay denied.

EDWIN DAVIS et al., Appellants, v SOUTH NASSAU COMMUNITIES HOSPITAL et al., Respondents.

Submitted June 1, 2015; decided June 4, 2015

Motion by Healthcare Association of New York State, Inc. for leave to appear amicus curiae on the appeal herein granted only to the extent that the proposed brief is accepted as filed.

In the Matter of ENTERGY NUCLEAR OPERATION, INC., et al., Respondents, v NEW YORK STATE DEPARTMENT OF STATE et al., Appellants.

Submitted May 11, 2015; decided June 4, 2015

Motion by Riverkeeper, Inc., et al. for leave to appear amici curiae on the motion for leave to appeal herein granted and the brief is accepted as filed.